UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CORNELIA LASHAWN TOOMER, | ) |
| Plaintiff, | ) |
| vs. | ) Case No:  4:20-cv-01562-HEA |
| FEDERAL RESERVE BANK OF ST. LOUIS, | ) |
| Defendant. | ) |

## DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), it is hereby stipulated and agreed, by and between the parties, that this action is dismissed with prejudice.  This dismissal with prejudice includes all claims asserted by Plaintiff Cornelia LaShawn Toomer.  Each party is to bear its own costs and attorneys' fees.

Respectfully submitted,

| SEDEY HARPER WESTHOFF, P.C. | DOWD BENNETT LLP |
|---|---|
| /s/ *Sarah N. Swatosh* | /s/ *Rebecca McLaughlin with permission* |
| Sarah N. Swatosh, #56633MO | John Comerford, #60164MO |
| Claire Bruner-Wiltse, #69434MO | Rebecca McLaughlin, #71969MO |
| 2711 Clifton Avenue | 7733 Forsyth Blvd., Suite 1900 |
| St. Louis, MO 63139 | St. Louis, Missouri 63105 |
| 314-773-3566 | (314) 889-7300 |
| 314-773-3615 (fax) | (314) 863-2111 (fax) |
| sswatosh@sedeyharper.com | jcomerford@dowdbennett.com |
| cbruner-wiltse@sedeyharper.com | rmclaughlin@dowdbennett.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

### CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2021, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the counsel of record for Defendant:

/s/ *Sarah N. Swatosh*
Attorney for Plaintiff